IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHARLES and SHIRLEY McCLURE, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:07cv366 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| VILLAS IN THE PARK HOA d/b/a : | |
| RESOURCE PROPERTY MANAGEMENT : | |
| COMPANY, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 22, 2007 Report and Recommendations (Doc. 4).  Subsequently, the plaintiff filed objections to such Report and Recommendations on June 4, 2007 (Do. 8).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Plaintiff's Motion for Petition for Writ of Habeas Corpus (Doc. 3) is **DENIED.**

**IT IS SO ORDERED.**

       ___s/Susan J. Dlott_____
       **Susan J. Dlott**
       **United States District Judge**